# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>GARY L. VONDRA,<br><br>               Defendant. | 4:19CR3044<br><br>ORDER OF DISMISSAL |

NOW ON THIS 16th day of July, 2019, this matter comes on before the Court upon the United States' Suggestion of Death (Filing No. 7). The Court, being duly advised in the premises, finds as follows:

IT IS HEREBY ORDERED:

1. Leave of Court is granted for the United States to dismiss the Indictment filed herein against the Defendant, Gary L. Vondra.

2. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Gary L. Vondra.

                          BY THE COURT:

                          s/ Richard G. Kopf
                          Senior United States District Court Judge